# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**MEGAN E. LEWIS,**

    Petitioner,

v.                                                   Case No: 5:25-cv-529-WFJ-PRL

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    Respondent.

_____

### ORDER OF TRANSFER

It appears from the record that Petitioner's underlying criminal case arises out of the Circuit Court in and for **Pinellas** County, Florida. Therefore, pursuant to Local Rule 1.04 and 28 U.S.C. § 2241(d), this case is transferred to the **Tampa** Division of this Court for all further proceedings. The **Clerk** is directed to forward this case to that Division and close the Ocala case.

**DONE** and **ORDERED** at Tampa, Florida, on September 3, 2025.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to:**
Pro Se party